IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:11-00186 |
| | ) | Judge Trauger |
| NICHOLAS M. JOHNSON | ) | |
| | ) | |

**O R D E R**

It is hereby **ORDERED** that, at the joint request of the parties, the sentencing scheduled in this case for August 13, 2012 is **RESET** for September 14, 2012, at 3:00 p.m.

It is so **ORDERED**.

ENTER this 13th day of August 2012.

_____
ALETA A. TRAUGER
U.S. District Judge