# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:11-00186 |
| | ) | Judge Trauger |
| NICHOLAS M. JOHNSON | ) | |
| | ) | |

## O R D E R

Upon the joint request of the parties, it is hereby **ORDERED** that the sentencing in this case is **CONTINUED** and **RESET** for Monday, October 1, 2012, at 2:00 p.m.

It is so **ORDERED**.

ENTER this 14th day of September 2012.

_____
ALETA A. TRAUGER
U.S. District Judge